UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| MIREILLE SITA-MAMBWENE, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>ANTHONY EUGIN KEETON, )<br>)<br>Defendant. ) | Case No. 4:09CV00913 ERW |

## **MEMORANDUM AND ORDER**

This matter comes before the Court on Plaintiff Mireille Sita-Mambwene's Request for Temporary Injunction. A hearing was held at 10:00 a.m., on June 19, 2009, in this Court. Plaintiff's counsel and Defendant were present.

The Court finds that the restrictions imposed by the Temporary Restraining Order issued on June 11, 2009 will remain in place.[1] Specifically, Defendant is prohibited from removing the children from the jurisdiction of this Court, pending a complete resolution of the Hague Petition. Defendant is also ordered to file his Answer to Plaintiff's Hague Petition no later than Friday, July 3, 2009. If Defendant agrees to return the children to Germany, Defendant shall make prompt arrangements with Plaintiff's counsel and advise this Court so that the passports can be returned and arrangements can be made for their safe return.

---

[1] The original Temporary Restraining Order included a provision which required Defendant to surrender his passport and the minor children's passports to the Clerk of this Court no later than 4:00 p.m., on Thursday, June 18, 2009, for safekeeping pending the resolution of this matter. The Court notes that it is unnecessary to include this provision in this Order because Defendant has fully complied with the requirement. The passports will remain with the Clerk of this Court, pending a complete resolution of the Hague Petition.

The Court notes that Defendant has the right to retain counsel to assist him in this matter and encourages him to do so promptly, reminding him of his obligation to file an Answer by July 3, 2009. This matter will be set for hearing after counsel enters an appearance for Defendant or shortly after July 3, 2009, if no Answer is filed.

Accordingly,

**IT IS HEREBY ORDERED** that Defendant is prohibited from removing the children from the jurisdiction of this Court, pending a complete resolution of the Hague Petition.

**IT IS FURTHER ORDERED** that Defendant shall file his Answer to Plaintiff's Hague Petition no later than Friday, July 3, 2009.

Dated this 19th Day of June, 2009.

_E. Richard Webber_
E. RICHARD WEBBER
UNITED STATES DISTRICT JUDGE