UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| MIREILLE SITA-MAMBWENE, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>ANTHONY EUGIN KEETON, )<br>)<br>Defendant. ) | Case No. 4:09CV00913 ERW |

## MEMORANDUM AND ORDER

This matter comes before the Court on Plaintiff's Motion for Expedited Hearing [doc. #15]. Plaintiff filed her Verified Petition for Return of Children Under the Hague Convention on June 11, 2009. Defendant filed his Answer on July 15, 2009. This Court subsequently set a Rule 16 Conference for August 11, 2009. Thereafter, Plaintiff filed the pending Motion for Expedited Hearing, arguing that Hague Convention proceedings are to be resolved on an expedited basis. The Court agrees that Plaintiff's Hague Petition should be resolved expeditiously and sets the hearing date for this matter on Wednesday, July 29, 2009, at 8:30 a.m. At the hearing, the Parties should be prepared to address the issues of whether Germany is the children's habitual residence and, if so, whether the children were wrongfully removed from Germany. Any witnesses the Parties intend to call should be available and ready to give testimony.

Accordingly,

**IT IS HEREBY ORDERED** that this Court's July 16, 2009 Order, setting a Rule 16 Conference for August 11, 2009, is vacated.

**IT IS FURTHER ORDERED** that Plaintiff's Motion for Expedited Hearing [doc. #15] is **GRANTED**. The Parties shall appear for a hearing on **Wednesday, July 29, 2009**, at **8:30 a.m.** The hearing will be held in Courtroom 12 South of the United States District Court in St. Louis, Missouri.

Dated this 21st Day of July, 2009.

_____
E. RICHARD WEBBER
UNITED STATES DISTRICT JUDGE