UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| MIREILLE SITA-MAMBWENE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 4:09CV00913 ERW |
| | ) | |
| ANTHONY EUGIN KEETON, | ) | |
| | ) | |
| Defendant. | ) | |

## MEMORANDUM AND ORDER

This matter comes before the Court on Defendant's Motion for Continuance [doc. #17]. On July 21, 2009, this Court granted Plaintiff's Motion for Expedited Hearing and set a trial date of Wednesday, July 29, 2009, at 8:30 a.m. On July 23, 2009, Defendant filed the pending Motion for Continuance, requesting that the Court grant his Motion so that he will be able to secure counsel and prepare his case. The Court finds Defendant's request to be reasonable and will therefore change the trial date.

Accordingly,

**IT IS HEREBY ORDERED** that Defendant's Motion for Continuance [doc. #17] is **GRANTED**. The new trial date for this case is **Friday, August 14, 2009**, at **8:30 a.m.**, in Courtroom 12 South of the United States District Court in St. Louis, Missouri.

**IT IS FURTHER ORDERED** that the Parties shall still appear for a hearing on **Wednesday, July 29, 2009**, at **8:30 a.m.** At this hearing, Defendant will be expected to notify the Court of his ability to retain counsel to represent him in this matter.

Dated this 24th Day of July, 2009.

_E. Richard Webber_
E. RICHARD WEBBER
UNITED STATES DISTRICT JUDGE