MIREILLE SITA-MAMBWENE,   )
            )
   Plaintiff,      )
            )
  vs.         )   Case No. 4:09CV00913 ERW
            )
ANTHONY EUGIN KEETON,   )
            )
   Defendant.     )

## MEMORANDUM AND ORDER

On July 29, 2009, a status conference was held in this case to determine if Defendant Anthony Eugin Keeton ("Defendant") had been successful in employing counsel to represent him in this proceeding. The Defendant reported that he continues to search for counsel.

At the status conference, counsel for Plaintiff Mireille Sita-Mambwene ("Plaintiff") requested that Defendant should be required to disclose by August 7, 2009, any witnesses he intends to call at the August 14, 2009 trial in this matter. The Court finds this request reasonable and will grant Plaintiff's request.

Additionally, counsel for Plaintiff discussed Plaintiff's desire to see her children upon arriving in the United States, prior to the trial on August 14, 2009. The Court determines that, upon Plaintiff's arrival in the United States, counsel for Plaintiff shall contact the Court and a telephone conference will be arranged regarding the terms of the requested visitation. The Court expects that it will allow the visitation in a neutral location, likely the law firm of Plaintiff's counsel.

**IT IS HEREBY ORDERED** that if Defendant intends to call witnesses at the August 14, 2009 trial in this matter, those witnesses should be disclosed to Plaintiff's counsel by August 7, 2009, at 5:00 p.m.

**IT IS FURTHER ORDERED** that the Court will schedule a telephone conference to take up the issue of visitation, upon request by counsel for Plaintiff.

Dated this 29th Day of July, 2009.


E. RICHARD WEBBER
UNITED STATES DISTRICT JUDGE