UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| MIREILLE SITA-MAMBWENE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 4:09CV00913 ERW |
| | ) | |
| ANTHONY EUGIN KEETON, | ) | |
| | ) | |
| Respondent. | ) | |

## MEMORANDUM AND ORDER

This matter comes before the Court on Respondent's Motion for Continuance [doc. #26] and Respondent's Motion for Leave to File Amended Answer to Petition [doc. #27]. On August 5, 2009, this Court held a telephone hearing on Respondent's pending Motions. Both Parties were represented by counsel and arguments were heard.

Due to scheduling conflicts, Respondent has requested a continuance of the trial in this matter, currently set for August 14, 2009. Plaintiff opposes this request, as she has already purchased her plane tickets and obtained her visa, which expires on August 22, 2009. The Parties also informed the Court that it is likely that the trial in this matter will last more than one day. The Court has a 5-day trial set to begin on the Monday following the Friday, August 14, 2009 hearing that cannot be rescheduled. Thus, the Court finds it necessary to reschedule the trial in this matter. Plaintiff is ordered to attempt to renew her visa so that she is able to appear for a later hearing date, beginning either on August 26, 2009, or September 14, 2009. If Plaintiff is unable to do so, her counsel shall contact this Court no later than 3:00 p.m. on August 6, 2009. In such a situation, the Court may find it necessary to reassign this case.

Accordingly,

**IT IS HEREBY ORDERED** that Respondent's Motion for Continuance [doc. #26] is

**HELD IN ABEYANCE**.  Plaintiff shall attempt to renew her visa and if she is able to do so,

Respondent's Motion will be granted.

**IT IS FURTHER ORDERED** that Respondent's Motion for Leave to File Amended

Answer to Petition [doc. #27] is **GRANTED**.

Dated this <u>5th</u> Day of <u>August</u>, 2009.

E. RICHARD WEBBER
UNITED STATES DISTRICT JUDGE