UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| MIREILLE SITA-MAMBWENE, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| vs. | ) | Case No. 4:09CV00913 ERW |
| | ) | |
| ANTHONY EUGIN KEETON, | ) | |
| | ) | |
| Respondent. | ) | |

## ORDER

**IT IS HEREBY ORDERED** that Respondent's Motion for Continuance [doc. #26] is

**GRANTED**. The new trial date for this case is **Wednesday, August 26, 2009**, at **8:30 a.m.**, in

Courtroom 12 South of the United States District Court in St. Louis, Missouri

**IT IS FURTHER ORDERED** that Respondent shall forward to Petitioner's counsel the

difference in plane fare as discussed in the telephone conference with the Court on this date.

**IT IS FURTHER ORDERED** that Respondent's Amended Answer shall be filed no later

than August 12, 2009.

Dated this 5th Day of August, 2009.

_____
E. RICHARD WEBBER
UNITED STATES DISTRICT JUDGE