UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| MIREILLE SITA-MAMBWENE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 4:09CV00913 ERW |
| ) | |
| ANTHONY EUGIN KEETON, ) | |
| ) | |
| Defendants. ) | |

**ORDER FOR PAYMENT OF GUARDIAN AD LITEM FEES BY COURT**

On August 25, 2009, the Court, on its own Motion, appointed Thomas M. Lang, 7905 Forsyth Boulevard, Clayton, Missouri 63105, as Guardian Ad Litem for the three minor children of Plaintiff-Mother and Defendant-Father in this International Child Abduction Remedies Act proceeding and a Non-Jury Trial was held on August 26, 2009.

The Court has declared the three minor children as indigent parties in this action and determined, pursuant to financial testimony provided at the Non-Jury Trial, that the parental parties are unable to pay any portion of the Guardian Ad Litem fees submitted by Mr. Lang.

Accordingly,

**IT IS HEREBY ORDERED** that the Court reimburse Thomas M. Lang the sum of $1,500.00 for court appointed Guardian Ad Litem Fees to be paid from the Court's Non-Appropriated Fund. This total sum includes six (6) hours of recorded time at the hourly rate of $250.00 per hour approved by the Court.

So Ordered this 28th Day of August, 2009.

_E. Richard Webber_
E. RICHARD WEBBER
UNITED STATES DISTRICT JUDGE

1